IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | No. 07 C 4656 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| F. H. MITCHELL PLUMBING, INC., et al., | ) | Magistrate Judge Kim |
| | ) | |
| Defendants. | ) | |

AGREED MOTION FOR ENTRY OF
AGREED JUDGMENT

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and BRIAN T. BEDINGHAUS, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, with the agreement of Defendants' counsel, move the Court to enter an Agreed Judgment Order. In support hereof, Plaintiffs state:

1. Plaintiffs initiated this action to obtain a compliance audit and to collect all contributions and other damages, if any, owed by Defendants pursuant to the terms of a collective bargaining agreement, ERISA, 29 U.S.C. §1132, and LMRA, 29 U.S.C. §185.

2. After a settlement conference between the parties, and with the assistance of Magistrate Judge Schenkier, the parties have agreed to resolve the matter by entry of an Agreed Judgment in favor of Plaintiffs and against Defendants in the amount of $100,000.00.

3. Attached as Exhibit A is draft Agreed Judgment in a Civil Case signed by counsel for all parties.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., request that the Court enter the Agreed Judgment in a Civil Case in the form attached hereto as Exhibit A.

        JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and BRIAN T. BEDINGHAUS

By: /s/ Brian T. Bedinghaus
    Brian T. Bedinghaus
    20 N. Clark Street, Suite 3200
    Chicago, IL 60602
    312.580.1269

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602
312.580.1200

CERTIFICATE OF SERVICE

      Brian T. Bedinghaus, an attorney, certifies that he served a copy of the foregoing AGREED MOTION FOR ENTRY OF AGREED JUDGMENT on the following person(s):

      Kenneth S. McLaughlin, Jr.
      Edward E. Campbell
      ESP, KREUZER, CORES & McLAUGHLIN, LLP
      400 S. County Farm Rd., Suite 200
      Wheaton, IL 60187
      kmclaughlin@ekcmlawfirm.com
      ecampbellesq@yahoo.com

via the electronic filing (ECF) system of the United States District Court for the Northern District of Illinois as a result of electronic filing made this 7th day of June, 2010.

      In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct

                                          /s/ Brian T. Bedinghaus

LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602
312.580.1200